# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 14-MJ-00133-DLW |
|  | USM Number: 00 |
| PATRICIA L. TABER | Stephen Wells<br>(Defendant's Attorney) |

**THE DEFENDANT:** Plead Guilty to Count One of the Information.

The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 U.S.C. 470 ee (a) and 43 U.S.C. 1733 | Excavate or Remove Archaeological Artifacts | 02/09/14 | One |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count Two of the Information is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

November 4, 2014
Date of Imposition of Judgment

*[signature]*
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

11/5/14
Date

DEFENDANT:  PATRICIA L. TABER
CASE NUMBER:  14-MJ-00133-DLW                                                                           Judgment-Page 2 of 5

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of One (1) Year.

1) The defendant shall not commit another federal, state, or local crime.

2) It is a condition of unsupervised probation that the defendant pay the fine and special assessment fee in accordance with the Schedule of Payments sheet of this judgment.

3) Defendant shall forfeit all artifacts seized.

DEFENDANT: PATRICIA L. TABER  
CASE NUMBER: 14-MJ-00133-DLW                                      Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| One | $25.00 | $425.00 | $0.00 |
| **TOTALS** | $25.00 | $425.00 | $0.00 |

The defendant must pay interest on any restitution or fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

DEFENDANT: PATRICIA L. TABER
CASE NUMBER: 14-MJ-00133-DLW

Judgment-Page 4 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

On or before December 1, 2014.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) fine principal, (3) fine interest, (4) penalties.